# EXHIBIT B

# Livingston Trust
## Provisions Effective After Shirley's Death



Exhibit B