# EXHIBIT E

# AGREEMENT

This agreement is entered into by Jay Livingston Music, Inc., a California corporation ("Corporation"), and Jay Livingston, individually ("Livingston"), at Los Angeles, California, this **18th** day of May, 2000, in reference to the following facts:

A.  Corporation is the successor in interest to Travilyn Livingston dba Jay Livingston Music ("the DBA").

B.  The DBA and Livingston are parties to various Popular Songwriter Agreements. The songs covered by each agreement and the dates of each agreement are set forth on Exhibit A hereto. Said agreements are herein called "The AGAC Agreements."

C.  On **04/10** 2000, the DBA assigned all of its right, title and interest in and to all the songs listed on Exhibit A, together with all the AGAC Agreements in respect to such songs, to Corporation.

D.  The parties hereto wish to amend and modify the AGAC Agreements on the terms herein set forth.

NOW THEREFORE IT IS AGREED as follows:

1.  Livingston acknowledges, consents to and ratifies the assignments referred to in Paragraph C above.

2. Corporation agrees to be bound by and to perform all of the terms and conditions of the AGAC Contracts to be performed on the part of Publisher.

3. Livingston and Corporation hereby amend Paragraph 1 (or equivalent paragraph dealing with the length of the term of the Agreement) of each and every AGAC Agreement referred to in Exhibit A, effective as of the date of each such Agreement, to replace the fixed term of years as set forth in each AGAC Agreement with a term equal to the entire term of copyright, including all renewals and extensions thereof, in each song covered by each AGAC Agreement.

Other than as amended and modified herein, each AGAC Agreement shall be and remain as it now is and each is hereby ratified and affirmed.

IN WITNESS WHEREOF the parties have caused this agreement to be entered into as of the day and date above set forth.

JAY LIVINGSTON MUSIC, INC.

By: _____
President

_____
JAY LIVINGSTON

51972 Agreement 5.11.00      -2-

Case 3:12-cv-00085-D Document 19-5 Filed 12/13/12 Page 3 of 9 PageID #:1267

# SCHEDULE A

| | **TITLES** | **Contract Dates** |
|---|---|---|
| 1. | A Brain She Ain't | 02/28/00 |
| 2. | A Coach And Four (termination effective as of | 06/06/02 |
| 3. | Adios, Senorita | 01/01/94 |
| 4. | A Jockey's Lullaby | 02/28/00 |
| 5. | All I Want For Christmas Is You | 01/10/99 |
| 6. | All Mine | 01/01/99 |
| 7. | All The Time | 01/01/87 |
| 8. | Alley Oop | 07/15/84 |
| 9. | The American Dream | 01/10/98 |
| 10. | Angel (Theme From "Those Calloways") | 01/01/93 |
| 11. | Angel In The Night | 02/28/99 |
| 12. | Angel Town | 01/01/88 |
| 13. | Anniversary Rose | 02/25/99 |
| 14. | Anonymous | 02/28/99 |
| 15. | Anywhere But Here | 01/10/99 |
| 16. | Any Other Way | 02/15/00 |
| 17. | A Public Servant | 02/15/00 |
| 18. | Are You Happy In Your Work? (termination effective as of) | 06/14/01 |
| 19. | A Rose And A Rainbow | 02/15/00 |
| 20. | As I Love You | 07/15/84 |
| 21. | A Square In The Social Circle (termination effective as of) | 06/16/01 |
| 22. | A Very Proper Town | 01/01/87 |
| 23. | Back Home | 07/15/84 |
| 24. | Banana Boat | 07/15/84 |
| 25. | Band Baby | 01/05/90 |
| 26. | The Beat Of The Blues | 01/01/98 |
| 27. | The Best Undressed Girl In Town | 04/19/99 |
| 28. | Billy Bamboo | 02/15/00 |
| 29. | Bittersweet | 04/19/99 |
| 30. | Blessed Event | 01/28/99 |
| 31. | Bonanza | 01/01/88 |
| 32. | Bounce | 03/01/99 |
| 33. | Broads Ain't People | 01/01/90 |
| 34. | The Broadway Melody Of 1929 | 02/28/00 |
| 35. | Buy Bonds For Bob | 08/21/85 |
| 36. | Bye-Bye | 01/01/94 |
| 37. | The Calico Run | 03/15/84 |
| 38. | Canteen Kate (termination period now in effect) | 03/01/99 |
| 39. | C'est La Guerre | 10/01/93 |
| 40. | Calcutta | 01/01/87 |

Case 3:22-cv-00083-D Document 91-5 Filed 12/13/22 Page 4 of 9 PageID #: 1568

| # | Title | Date |
|---|---|---|
| 41. | Captain Henry St. James | 01/01/87 |
| 42. | Cat And The Canary | 10/01/93 |
| 43. | Chihuahua Choo-Choo | 07/15/84 |
| 44. | Cincinnati | 07/15/84 |
| 45. | Clink, Clank, Clunk | 07/15/84 |
| 46. | Come A-Runnin' | 01/01/91 |
| 47. | Come To Broadway | 02/28/00 |
| 48. | Country Mornin' Young | 02/15/00 |
| 49. | Cyd Charisse cues | 02/28/00 |
| 50. | Dear Heart | 01/01/93 |
| 51. | Don't Take My Heart | 02/28/00 |
| 52. | Double Standard | 01/01/87 |
| 53. | The Dreamer | 02/15/00 |
| 54. | Dreamers On The Street | 02/28/00 |
| 55. | Dreamsville | 01/01/88 |
| 56. | East To Nashville, South To Atlanta | 02/15/00 |
| 57. | Era Of Jazz | 02/28/00 |
| 58. | Evergreen | 01/01/89 |
| 59. | Everything Beautiful | 01/01/90 |
| 60. | The Female He-Male Hoedown Song | 02/15/00 |
| 61. | Femininity | 01/01/87 |
| 62. | Finale | 02/28/00 |
| 63. | Finesse | 02/15/00 |
| 64. | Finisce Qui | 02/15/00 |
| 65. | Firin' Up The Seminole Express | 02/15/00 |
| 66. | The Flee That Flew | 02/28/00 |
| 67. | For Your Applause | 07/15/84 |
| 68. | The Fourth Of July | 04/01/86 |
| 69. | Fox Trot | 02/15/99 |
| 70. | France | 02/28/99 |
| 71. | Frangipani Blossom, Frangiapani Blossom | 07/15/84 |
| 72. | French Heels | 08/01/85 |
| 73. | G'Bye-ee (termination period now in effect) | 02/28/99 |
| 74. | G'Bye Now | 12/01/97 |
| 75. | Gee, It's Gonna Be Wonderful (termination effective as of 02/05/07) | 07/15/84 |
| 76. | Give It All You Got | 01/01/87 |
| 77. | Go Away My Love | 07/15/84 |
| 78. | Good Luck, Charlie | 02/28/00 |
| 79. | Good Ol' Mountain Love | 02/15/00 |
| 80. | Good People | 02/28/00 |
| 81. | Got An Invitation (termination effective as of) | 06/14/01 |
| 82. | Hallelujah U.S.A. | 04/01/86 |
| 83. | Happy Birthday, Erwin | 01/01/90 |
| 84. | Hear That Band (Based On Hear Dem Bells) Adaptation | 01/01/94 |
| 85. | Heigh-Ho The Hoe-Down Way (termination period now in effect) | 02/28/98 |
| 86. | Hellzapoppin' Polka (termination period now in effect) | 02/28/99 |

Case 3:12-cv-00683-D Document 19-5  Filed 12/13/12  Page 22 of 28 PageID #:169

| # | Title | Date |
|---|---|---|
| 87. | He Needs You | 01/01/90 |
| 88. | Henriette | 02/25/99 |
| 89. | Hey Jimmy Joe John Jim Jack (aka Through Children's Eyes) | 01/01/90 |
| 90. | Hey Jose (termination effective as of) | 07/02/01 |
| 91. | Hey, Madame | 01/01/87 |
| 92. | The Highway Polka | 02/25/99 |
| 93. | His Own Little Island | 01/01/90 |
| 94. | Holy Cow | 07/15/84 |
| 95. | Home Wrecker | 02/25/00 |
| 96. | Honey, Oh, My Honey (termination effective as of | 08/12/08 |
| 97. | Honorable Congratulations | 08/01/85 |
| 98. | How Do We Know We're In Love? | 08/01/85 |
| 99. | How Long Is Forever? | 01/01/96 |
| 100. | How Many Heartbeats? | 02/25/99 |
| 101. | How Much Will I Love You? | 01/01/92 |
| 102. | How Shall We Begin? | 01/01/97 |
| 103. | I Came Out Of The Dark (And Found You) | 02/25/00 |
| 104. | If Love Were Gold | 01/01/97 |
| 105. | Ignatz | 01/01/92 |
| 106. | I'll Eat My Hat (termination effective as of | 06/14/01 |
| 107. | I'll Learn Ya | 01/01/90 |
| 108. | In The Arms Of Love | 01/01/95 |
| 109. | I Promise | 07/15/84 |
| 110. | I Tried | 02/05/85 |
| 111. | It's Never Quite The Same | 01/01/87 |
| 112. | It's Your Turn To Have The Blues | 01/01/88 |
| 113. | I've Been There And I'm Back | 01/01/87 |
| 114. | I've Had Enough | 07/15/84 |
| 115. | I Waited So Long | 01/01/87 |
| 116. | I Was A Little Too Lonely (And You We're A Little Too Late) | 07/15/84 |
| 117. | I Wouldn't Have Had To | 01/01/90 |
| 118. | J.J. Jones | 01/01/88 |
| 119. | Jubilie Jubilo | 02/25/99 |
| 120. | Just An Honest Mistake From "Let It Ride!" | 01/01/90 |
| 121. | Ka-Boom-Boom | 01/01/95 |
| 122. | Keep It Simple | 01/01/87 |
| 123. | Kentucky Lucky | 02/25/00 |
| 124. | Kolin Kelly | 01/01/92 |
| 125. | Krazy Kat | 01/01/92 |
| 126. | The Late Scene | 02/25/99 |
| 127. | Laughing At Love | 02/25/00 |
| 128. | Laughter And Tears | 01/01/97 |
| 129. | Let It Ride ; From "Let It Ride!" | 01/01/90 |
| 130. | Let Me Be Loved ; From The James Dean Story | 08/01/85 |
| 131. | Let Me Hear You Whisper | 07/15/84 |
| 132. | Let Me So Love | 01/01/94 |
| 133. | Let's | 07/15/84 |

| # | Title | Date |
|---|---|---|
| 134. | Let's Be Lovers | 02/25/99 |
| 135. | Let's Capture This Moment (termination effective as of) | 06/14/01 |
| 136. | Let's Go Home (termination effective as of 02/28/0 1) | 02/28/99 |
| 137. | Let's Make Love | 02/25/99 |
| 138. | Life Does A Man A Favor | 01/01/87 |
| 139. | Life Is A Carousel | 02/25/00 |
| 140. | Little Red Apple | 01/01/96 |
| 141. | Livingston & Evans' Melody | 01/01/90 |
| 142. | Love Is A Private Affair | 01/01/91 |
| 143. | Love, Let Me Know; From "Let It Ride!" | 01/01/90 |
| 144. | Love's Old And New Sweet Song | 02/25/00 |
| 145. | Madame | 07/15/84 |
| 146. | Mama, Mama, Mama, Where You Get De Cigar? | 07/15/84 |
| 147. | Mancini Song Book; Volume One | 01/01/94 |
| 148. | Marie Marimba | 07/15/84 |
| 149. | A Million Dreams | 02/25/00 |
| 150. | Mister Ed | 01/01/89 |
| 151. | Monday, Wednesday, Friday | 08/01/85 |
| 152. | Moon Dreams | 11/06/87 |
| 153. | More Amore | 02/25/00 |
| 154. | Mother Brown | 01/01/94 |
| 155. | Mr. Lucky | 01/01/89 |
| 156. | Mrs. Kwakk-Kwakk | 01/01/92 |
| 157. | My Sons, My Sons | 01/01/91 |
| 158. | Nashville, Tennessee | 04/01/86 |
| 159. | Nobody Cares | 07/15/84 |
| 160. | Nobody Listens, Nobody Cares | 02/25/00 |
| 161. | Nostalgia (aka Andy's Mystery Tune) | 02/28/99 |
| 162. | Not Quite A Waltz | 01/01/88 |
| 163. | Nothing Will Keep Me Away | 01/01/88 |
| 164. | Offissa Pup | 01/01/92 |
| 165. | Ol' Guitar | 02/25/00 |
| 166. | On My Way | 01/01/93 |
| 167. | Once Upon A Horse | 01/01/87 |
| 168. | One Hand Tied Behind My Back | 02/25/99 |
| 169. | Oo-Wah-Oh | 08/01/85 |
| 170. | Oom-Pah Papa | 07/15/84 |
| 171. | Open Your Arms | 07/15/84 |
| 172. | Open Your Arms (Let Me Walk Right In) | 01/01/99 |
| 173. | Punch And Judy; From Charade | 01/01/94 |
| 174. | Put It In A Box | 02/25/00 |
| 175. | Round And Round The Christmas Tree (aka Round And Round The Romance Tree) | 01/01/94 |
| 176. | Round And Round The Romance Tree (aka Round And Round The Christmas Tree) | 01/01/94 |
| 177. | Run, Run, Run | 08/01/85 |

Case 3:22-cv-00532 Document 91-5 Filed 12/13/22 Page 24 of 29 PageID #: 1527

| # | Title | Date |
|---|---|---|
| 178. | Sailor Beware | 05/12/86 |
| 179. | Sally Seal | 02/25/99 |
| 180. | Satins 'N' Spurs | 07/15/84 |
| 181. | See You Around | 01/01/95 |
| 182. | Sepulveda | 01/01/85 |
| 183. | Sin | 01/01/88 |
| 184. | The Single Girl | 02/25/00 |
| 185. | Someday You'll Be Sorry | 01/01/94 |
| 186. | Sorry 'Bout That | 01/01/95 |
| 187. | Straight To Baby | 01/01/88 |
| 188. | Stratosphere Love | 01/01/90 |
| 189. | Straw Hat | 02/25/00 |
| 190. | Stuff Like That There | 01/01/85 |
| 191. | Sugar Baby Bounce | 09/15/94 |
| 192. | Sugar Boat | 01/01/97 |
| 193. | Surprise | 01/01/87 |
| 194. | Take A Giant Step | 01/01/88 |
| 195. | Tammy | 07/15/84 |
| 196. | Tel Aviv | 02/25/99 |
| 197. | That Ain't Right | 02/25/99 |
| 198. | That Codger Bowl Town | 05/09/88 |
| 199. | That Travelin' Two-Beat | 01/01/94 |
| 200. | That's How It Is | 07/15/84 |
| 201. | That's Life ; From "That's Life" | 07/15/84 |
| 202. | That's The News! That's The News! That's The News! | 09/01/88 |
| 203. | That's What You Mean To Me | 07/15/84 |
| 204. | The "Do It Yourself"Cha Cha Cha | 07/15/84 |
| 205. | The Beat Of The Blues | 01/01/88 |
| 206. | The Daughter Of Molly Malone | 01/01/94 |
| 207. | The Fourth Of July | 04/01/86 |
| 208. | The Little Bear Theme | 01/01/90 |
| 209. | The Little Rock Roll | 07/15/84 |
| 210. | The Livin' Lovin' Doll | 07/15/84 |
| 211. | The Magic Touch | 01/01/87 |
| 212. | The Media | 08/29/86 |
| 213. | The Melting Pot | 04/01/86 |
| 214. | The Mole People | 08/01/85 |
| 215. | The Morning Music Of Montmartre | 01/01/87 |
| 216. | The New Vienna Woods | 01/01/94 |
| 217. | The Nicest Thing | 01/01/90 |
| 218. | The Second Greatest Sex ; From "The Second Greatest Sex" | 07/15/84 |
| 219. | The Temple Of An Understanding Heart | 07/15/84 |
| 220. | The Wish | 01/01/88 |
| 221. | There's Something About A Horse | 01/01/90 |
| 222. | This Could Have Been Mine | 01/01/96 |
| 223. | This Happy Feeling | 01/01/87 |
| 224. | To My Love | 01/01/94 |

Case 3:12-cv-00853-D Document 91-5 Filed 12/13/12 Page 25 of 29 PageID #:1527

| # | Title | Date |
|---|---|---|
| 225. | To Rome With Love | 01/08/98 |
| 226. | Too Little Time | 02/25/99 |
| 227. | Unforgivable | 08/01/85 |
| 228. | Warm Sun, Cold Moon | 07/15/84 |
| 229. | We'll Love Again | 07/15/84 |
| 230. | We're Not Children | 01/01/87 |
| 231. | We've Loved Before | 01/01/95 |
| 232. | Whatever Will Be, Will Be (Que Sera, Sera) | 07/15/84 |
| 233. | What Fools These Mortals Be | 02/25/99 |
| 234. | What's The Use Of Crying? | 01/01/94 |
| 235. | What's Yours? | 01/01/93 |
| 236. | Who's Doing What To Erwin? | 01/01/90 |
| 237. | Whattaya Think About Me | 02/25/99 |
| 238. | Whoop-Diddy-Ay | 07/15/84 |
| 239. | Why Am I In Love | 07/15/84 |
| 240. | Wildcat Smathers | 07/15/84 |
| 241. | With All My Heart; From The Bob Mathias Story | 07/15/84 |
| 242. | With Love | 01/01/97 |
| 243. | Without Him | 07/15/84 |
| 244. | Woman Take Over | 07/15/84 |
| 245. | Words, Music, And Dreams | 02/28/00 |
| 246. | You Don't Know Him | 01/01/87 |
| 247. | You Have Been Good For Me | 02/25/99 |
| 248. | You're So Right For Me | 01/01/87 |

Case 3:22-cv-00853-D Document 19-5 Filed 12/13/22 Page 26 of 28 PageID #: 1573