# EXHIBIT F



# Certificate of Recordation

This is to certify that the attached document was recorded in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

| DATE OF RECORDATION |  |
|---|---|
| 10Jun15 |  |

| VOLUME | DOC. NO. |
|---|---|
| 3632 | 616 |

| VOLUME | DOC. NO. |
|---|---|
|  |  |

*Maria A. Pallante*

Register of Copyrights, United States of America

c-762 · 06/2011—4,000



160644450

# DCUMENTS RECORDATION

SR1-24636652928
IPN

Date of Recordation: 6/10/15

Volume: 3632

Document: 616

Remitter name: Eisner Jaffe
Address: 9601 Wilshire Blvd. Suite 700
Beverly Hills, CA 90210
ATTN: Eisner Jaffe
Phone # (310) 855-3200 Fax (310) 855-3201



LC COPYRIGHT
0 045 438 285 7



# EISNER JAFFE

A Professional Corporation

May 28, 2015

**_Via First Class with Certified Mail_**
**_Return Receipt Requested_**

Jay Livingston Music, Inc.
Attn.: Randy Talmadge
73-223 Tumbleweed Lane
Palm Desert, CA 92260

    **_Re:_**    *Notice of Termination under Section 203 of Title 17 U.S.C. of the Copyright Act*

Dear Randy:

    This letter is in reference to the Popular Songwriters Renewal Contract between Jay Livingston Music and Jay Livingston executed as of July 15, 1984 ("Popular Songwriter's Contract"), as amended by the agreement between Jay Livingston Music and Jay Livingston executed as of May 18, 2000, and with respect to the musical composition "Whatever Will Be, Will Be" (aka "Que Sera Sera") (hereinafter the "Composition").

    This is a Notice of Termination under section 203 of Title 17 U.S.C. of the Copyright Act with respect to the author's, Jay Livingston's, termination interest in the Composition that is subject to the Popular Songwriter's Contract, and which is currently within its termination window.

    As required by 37 CFR §201.10, the following information is hereby provided:

1.     <u>Name of each Grantee or each Grantee's Successor whose rights are being terminated and the address of each Grantee or Grantee's Successor</u>:

    Jay Livingston Music, Inc.
    73-223 Tumbleweed Lane
    Palm Desert, CA 92260

2. (a) <u>Titles of each of the Compositions and Name of at least one Author or Composer</u>:

    Title: "Whatever Will Be, Will Be" (aka "Que Sera Sera")
    Name of one Author: Jay Livingston

    (b) <u>Date of publication of the work under the grant; and the original registration numbers if possible and practicable</u>:

451600

9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210 | T 310.855.3200 | F 310.855.3201    www.eisnerlaw.com



Date of publication under the grant: July 15, 1984

Original registration numbers: EU 406-981 (8/15/1955); EP 108-584 (5/14/1956); RE 163-500 (3/25/1983); RE 207-826 (7/13/1984)

3. <u>A brief statement reasonably identifying the grant to which the Notice of Termination applies</u>:

All right, title and interest in copyright or of any right under copyright in the Composition granted or transferred in the Popular Songwriter's Contract between Jay Livingston Music and Jay Livingston dated July 15, 1984 and the amendment thereto dated May 18, 2000.

4. <u>Effective Date of Termination</u>:

July 15, 2019

[Grants executed by the author on or after 1/1/78 can be terminated under Section 203 during a 5-year period beginning 35 years after the date the grant was made; or, if the grant includes the right of publication of the work, during the 5 year period beginning on the earlier of (i) 35 years after the date of publication under the grant, or (ii) 40 years after the date of the grant. This grant included the right of publication. The publication occurred as of the date of the grant. Therefore, the grant is terminable 35 years after the date of the grant on 7/15/2019.]

5. <u>Name, Address and the relationship of persons effecting Termination</u>:

Travilyn Livingston (daughter and only child of author, Jay Livingston, and signatory of this Notice)
c/o Eisner Jaffe
Attn.: Owen J. Sloane
9601 Wilshire Blvd.
Suite 700
Beverly Hills, CA 90210

*[signature]*
Travilyn Livingston

[The widow of Jay Livingston is deceased, and Travilyn Livingston is the only child. Accordingly, Travilyn Livingston owns 100% of the termination interest].

To the best knowledge and belief of the person or persons signing the notice, the notice has been signed by all persons whose signature is necessary to terminate the grant under section 203 of Title 17 U.S.C., or by their duly authorized agents.

If you have any questions, please let us know. A copy of this notice will be recorded with the Copyright Office.

Sincerely,

OWEN J. SLOANE
*Partner*



# EISNER JAFFE

A Professional Corporation

June 3, 2015

**_Via First Class with Certified Mail_**
**_Return Receipt Requested_**

Copyright Office
Notices of Termination
P.O. Box 71537
Washington, DC 20024-1537.

      ***Re:***    *Recordation of Notice of Termination under Section 203 of Title 17 U.S.C. of Copyright Act/Popular Songwriter's Contract*

Dear Sir or Madam:

      For purposes of recordation, please find enclosed a copy of an executed Notice of Termination served by Travilyn Livingston, upon Jay Livingston Music, Inc. pursuant to Section 203 of Title 17 U.S.C. of the Copyright Act with respect to the Popular Songwriters Renewal Contract between Jay Livingston Music and Jay Livingston dated as of July 15, 1984.

      As required by 37 CFR 201.10(f)(ii), we provide the following statement: The Notice of Termination was served on May 28, 2015 by certified mail, return receipt requested.

      Please find enclosed a check in the amount of $140.00 ($105 + $35) representing the required fee to record the document with respect to the title "Whatever Will Be Will Be" (aka "Que Sera Sera").

Sincerely,

OWEN J. SLOANE

Enclosures

cc: Randy Talmadge
    Travilyn Livingston

454468

9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210 | T 310.855.3200 | F 310.855.3201     www.eisnerlaw.com



# Certificate of Recordation

This is to certify that the attached document was recorded in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

| DATE OF RECORDATION |
| --- |
| 10Jun15 |

| VOLUME | DOC. NO. |
| --- | --- |
| 3632 | 632 |

| VOLUME | DOC. NO. |
| --- | --- |
| | |

*Maria A. Pallante*
Register of Copyrights, United States of America

# DOCUMENTS RECORDATION

SRI-2463653272

IPN

Date of Recordation: 6/10/15

Volume: 3632

Document: 632    14



Remitter name: Eisner Jaffe
Address: 9601 Wilshire Blvd. Suite 700
Beverly Hills CA 90210
ATTN: Eisner Jaffe
Phone # (310) 855-3200  FAX (310) 855-3201



LC COPYRIGHT
0 045 438 284 5



`* V3632D632 *`

# EISNER JAFFE

A Professional Corporation

May 28, 2015

**<u>Via First Class with Certified Mail</u>**
**<u>Return Receipt Requested</u>**

Jay Livingston Music, Inc.
Attn.: Randy Talmadge
73-223 Tumbleweed Lane
Palm Desert, CA 92260

    **Re:**   *Notice of Termination under Section 203 of Title 17 U.S.C. of the Copyright Act*

Dear Randy:

    This letter is in reference to the Assignment of Copyright between Jay Livingston and Jay Livingston Music executed as of July 15, 1984 ("Copyright Assignment") and with respect to the musical composition "Whatever Will Be, Will Be" (aka "Que Sera Sera") (hereinafter the "Composition").

    This is a Notice of Termination under section 203 of Title 17 U.S.C. of the Copyright Act with respect to the author's, Jay Livingston's, termination interest in the Composition that is subject to the Copyright Assignment, and which is currently within its termination window.

    As required by 37 CFR §201.10, the following information is hereby provided:

1.    <u>Name of each Grantee or each Grantee's Successor whose rights are being terminated and the address of each Grantee or Grantee's Successor</u>:

    Jay Livingston Music, Inc.
    73-223 Tumbleweed Lane
    Palm Desert, CA 92260

2. (a) <u>Titles of each of the Compositions and Name of at least one Author or Composer:</u>

    Title: "Whatever Will Be, Will Be" (aka "Que Sera Sera")
    Name of one Author: Jay Livingston

    (b) <u>Date of publication of the work under the grant; and the original registration numbers if possible and practicable</u>:

451601



Date of publication under the grant: July 15, 1984

Original registration numbers: EU 406-981 (8/15/1955); EP 108-584 (5/14/1956); RE 163-500 (3/25/1983); RE 207-826 (7/13/1984)

3. <u>A brief statement reasonably identifying the grant to which the Notice of Termination applies</u>:

All right, title and interest in copyright or of any right under copyright in the Composition granted or transferred in the Copyright Assignment between Jay Livingston and Jay Livingston Music dated July 15, 1984.

4. <u>Effective Date of Termination</u>:

July 15, 2019

[Grants executed by the author on or after 1/1/78 can be terminated under Section 203 during a 5-year period beginning 35 years after the date the grant was made; or, if the grant includes the right of publication of the work, during the 5 year period beginning on the earlier of (i) 35 years after the date of publication under the grant, or (ii) 40 years after the date of the grant. This grant included the right of publication. The publication occurred as of the date of the grant. Therefore, the grant is terminable 35 years after the date of the grant on 7/15/2019.]

5. <u>Name, Address and the relationship of persons effecting Termination</u>:

Travilyn Livingston (daughter and only child of author, Jay Livingston, and signatory of this Notice)
c/o Eisner Jaffe
Attn.: Owen J. Sloane
9601 Wilshire Blvd.
Suite 700
Beverly Hills, CA 90210

_____
Travilyn Livingston

[The widow of Jay Livingston is deceased, and Travilyn Livingston is the only child. Accordingly, Travilyn Livingston owns 100% of the termination interest].

To the best knowledge and belief of the person or persons signing the notice, the notice has been signed by all persons whose signature is necessary to terminate the grant under section 203 of Title 17 U.S.C., or by their duly authorized agents.

If you have any questions, please let us know. A copy of this notice will be recorded with the Copyright Office.

Sincerely,

OWEN J. SLOANE
*Partner*

9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210 | T 310.855.3200 | F 310.855.3201

www.eisnerlaw.com



# EISNER JAFFE

A Professional Corporation

June 3, 2015

**_Via First Class with Certified Mail_**
**_Return Receipt Requested_**

Copyright Office
Notices of Termination
P.O. Box 71537
Washington, DC 20024-1537.

      ***Re:***    *Recordation of Notice of Termination under Section 203 of Title 17 U.S.C. of Copyright Act/Copyright Assignment*

Dear Sir or Madam:

      For purposes of recordation, please find enclosed a copy of an executed Notice of Termination served by Travilyn Livingston, upon Jay Livingston Music, Inc. pursuant to Section 203 of Title 17 U.S.C. of the Copyright Act with respect to the Copyright Assignment between Jay Livingston and Jay Livingston Music dated July 15, 1984.

      As required by 37 CFR 201.10(f)(ii), we provide the following statement: The Notice of Termination was served on May 28, 2015 by certified mail, return receipt requested.

      Please find enclosed a check in the amount of $140.00 ($105 + $35) representing the required fee to record the document with respect to the title "Whatever Will Be Will Be" (aka "Que Sera Sera").

Sincerely,

OWEN J. SLOANE

Enclosures

cc: Randy Talmadge
    Travilyn Livingston

454469

9601 Wilshire Blvd. | Suite 700 | Beverly Hills, CA 90210 | T 310.855.3200 | F 310.855.3201      www.eisnerlaw.com