# EXHIBIT G

| Title | Registration # | Document # | Effective Date of Termination |
|---|---|---|---|
| Tammy | RE194307 | V9913D594 | 15-Jul-19 |
| Tammy | RE194307 | V9913D600 | 15-Jul-19 |
| We'll Love Again | RE163499 | V9913D604 | 15-Jul-19 |
| We'll Love Again | RE163499 | V9913D606 | 15-Jul-19 |
| As I Love You | RE163546 | V9913D485 | 15-Jul-19 |
| As I Love You | RE163546 | V9913D486 | 15-Jul-19 |
| Run Run Run | EU502961 | V9955D518 | 2-Aug-20 |
| Run Run Run | EU502961 | V9955D519 | 2-Aug-20 |
| What a deal | EP4745 | V9955D573 | 16-Jul-20 |
| Calcutta | EU526274 | V9927D604 | 01-Jan-22 |
| Calcutta | EU526274 | V9927D608 | 01-Jan-22 |
| Captain Henry St. James | EU514842 | V9927D609 | 01-Jan-22 |
| Captain Henry St. James | EU514842 | V9927D611 | 01-Jan-22 |
| Double standard | EU514839 | V9927D615 | 01-Jan-22 |
| Double standard | EU514839 | V9927D617 | 01-Jan-22 |
| For your applause | EU431426 | V9927D620 | 15-Jul-19 |
| For your applause | EU431426 | V9927D621 | 15-Jul-19 |
| Gee, it's gonna be wonderful | EU228770 | V9927D623 | 15-Jul-19 |
| Gee, it's gonna be wonderful | EU228770 | V9927D622 | 15-Jul-19 |
| Give it all you got | EU228767 | V9927D627 | 15-Jul-19 |
| Give it all you got | EU228767 | V9927D628 | 15-Jul-19 |
| Hey Madame | EU514845 | V9927D630 | 01-Jan-22 |
| Hey Madame | EU514845 | V9927D629 | 01-Jan-22 |

| | | | |
|---|---|---|---|
| It's never quite the same | EP116838 | V9927D633 | 01-Jan-22 |
| It's never quite the same | EP116838 | V9927D634 | 01-Jan-22 |
| I've been there and I'm back | EU514843 | V9927D631 | 01-Jan-22 |
| I've been there and I'm back | EU514843 | V9927D632 | 01-Jan-22 |
| Life does a man a favor it gives him simple joys | EP115939 | V9927D635 | 01-Jan-22 |
| Life does a man a favor it gives him simple joys | EP115939 | V9927D636 | 01-Jan-22 |
| The mole people | EP436607 | V9927D637 | 01-Aug-20 |
| The mole people | EP436607 | V9927D638 | 01-Aug-20 |
| The morning music of Montmartre | EU514840 | V9927D639 | 01-Jan-22 |
| The morning music of Montmartre | EU514840 | V9927D640 | 01-Jan-22 |
| Surprise | EP115941 | V9927D641 | 01-Jan-22 |
| Surprise | EP115941 | V9927D643 | 01-Jan-22 |
| We're not children | EP116837 | V9927D644 | 01-Jan-22 |
| We're not children | EP116837 | V9927D646 | 01-Jan-22 |
| You don't know him | EP115940 | V9927D647 | 01-Jan-22 |
| You don't know him | EP115940 | V9927D648 | 01-Jan-22 |
| All the time | RE282506 | V9913D477 | 1-Jan-22 |

| Title | Registration | Volume | Date |
|---|---|---|---|
| All the time | RE282506 | V9913D482 | 1-Jan-22 |
| As I love you | RE163546 | V9913D485 | 15-Jul-19 |
| As I love you | RE163546 | V9913D486 | 15-Jul-19 |
| Femininity | RE281574 | V9913D491 | 1-Jan-22 |
| Femininity | RE281574 | V9913D494 | 1-Jan-22 |
| I was a little too lonely and you were a little too late | RE193860 | V9913D525 | 15-Jul-19 |
| I was a little too lonely and you were a little too late | RE193860 | V9913D527 | 15-Jul-19 |
| Keep it simple | RE281583 | V9913D528 | 1-Jan-22 |
| Keep it simple | RE281583 | V9913D529 | 1-Jan-22 |
| Let me be loved | RE246280 | V9913D531 | 1-Aug-20 |
| Let me be loved | RE246280 | V9913D530 | 1-Oct-20 |
| Stuff like that there | RE522435 | V9913D590 | 1-Jan-20 |
| Stuff like that there | RE522435 | V9913D591 | 1-Jan-20 |
| Whatever will be, will be: a.k.a. Que sera sera. | RE297826 | V3632D632 | 15-Jul-19 |
| Whatever will be, will be: a.k.a. Que sera sera. | RE297826 | V3632D616 | 15-Jul-19 |
| You're so right for me | RE281573 | V9913D607 | 1-Jan-22 |
| You're so right for me | RE281573 | V9913D608 | 1-Jan-22 |