IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMMY LIVINGSTON, individually, and as Beneficiary and Co-Trustee of the Livingston Music Interest Trust, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:22-cv-00532 ) |
| JAY LIVINGSTON MUSIC, INC., a Tennessee corporation; and TRAVILYN LIVINGSTON, in her individual capacity, | ) Chief Judge Crenshaw ) Magistrate Judge Newbern ) ) |
| Defendants. | ) |

## NOTICE OF FILING

In connection with the Reply in Support of Defendants' Motion to Dismiss ("Reply") (Doc. 27), Defendants give notice of the filing the attached Order dated March 6, 2003 entered by the Superior Court of California, County of Los Angeles ("Order"). The Order is Exhibit 1 to the Reply.

Respectfully submitted,

s/ Tim Warnock
Tim Warnock (12844)
Keane Barger (33196)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com
kbarger@loeb.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system upon:

    Jonathan M. Wolf
    JONATHAN M. WOLF, PLLC
    1515 Demonbreun Street, Suite 1408
    Nashville, TN 37203
    jonathan@wolf.lawyer

    *Counsel for Plaintiff*

this the 4th day of November, 2022.

                                                s/ Tim Warnock