UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMMY LIVINGSTON,<br><br>　　Plaintiff,<br><br>v.<br><br>JAY LIVINGSTONG MUSIC, INC., et al.,<br><br>　　Defendants. | Case No. 3:22-cv-00532<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

### ORDER

The Magistrate Judge held an initial case management conference with counsel for the parties on November 15, 2022. After discussion regarding the anticipated scope of discovery, the Magistrate Judge directed the parties to amend the proposed initial case management order to reflect a dispositive motion deadline of no later than November 17, 2023. The parties shall file their amended joint proposed initial case management order by November 22, 2022.

A telephonic case management conference is set on November 30, 2022, at 11:00 a.m. The parties shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge