UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMMY LIVINGSTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:22-cv-00532 |
| JAY LIVINGSTON MUSIC, INC., et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss the Second Amended Verified Complaint (Doc. No. 49) is **GRANTED** and Plaintiff's claims are **DISMISSED**. Accordingly, all upcoming deadlines are hereby CANCELLED.

This constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE