# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Tammy Livingston

                      Plaintiff,

v.                                             Case No.: 3:22−cv−00532

Jay Livingston Music, Inc., et al.

                      Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/21/2024 re [80].

Lynda M. Hill<br>
s/ Kim Chastain, Deputy Clerk