**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TAMMY LIVINGSTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:22-cv-00532** |
| | ) | |
| **JAY LIVINGSTON MUSIC, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the R&R (Doc. No. 109) is **ADOPTED IN PART** as modified by this Order. Tammy Livingston's objections (Doc. No. 110) are **SUSTAINED IN PART and OVERRULED IN PART**. Defendants' motion for attorney's fees (Doc. No. 98) is **GRANTED IN PART and DENIED IN PART**. The Clerk shall enter judgment in favor of Defendants in the amount of **$339,661.56** in attorney's fees.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE